**district Court of the United States—28 U.S.C. §93—*via passaggio***

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS,

## EASTERN DIVISION

| | | |
|---|---|---|
| Harris Jr, Charles, an indian child | ) | Case No. |
| Petitioner/ Protected Person | ) | |
| against, | ) | 1:26-cv-09353<br>Judge Sara L. Ellis<br>Magistrate Judge Albert Berry, III |
| CHARLES HARRIS JR, a U. S. Vessel,<br>successors, agents, and assigns,<br>Respondent | )<br><br>) | Random/Cat 5 |

### NOTCE OF AND REQUEST FOR JUDICIAL NOTICE

**TO THE HONORABLE COURT, AND ALL WHOM THESE PRESENTS COME:**

Harris Jr, Charles, Petitioner, in the above-referenced matter, gives substantive notice to the Court to

take Mandatory Judicial Notice of the adjudicative facts contained in the document annexed hereto

as Exhibit A and requests admission into evidence of the Same,

as self-authenticating. Dated: [08-04-2026].

Respectfully submitted,

*h/jharris jr;pihales,;ije.*

Harris Jr, Charles, Petitioner

Rural Free Delivery, Foreign Countries

Telephone: (773) 946-9646

RECEIVED

IC    AUG 0 5 2026   Jks

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**EXHIBIT A**

RECORDING REQUESTED & PREPARED BY:

Northgate Reservation

**AND WHEN RECORDED MAIL TO:**

NAME   Michael Arthur James, Minister

ADDRESS.  1507 East 53rd Street, #104
CITY
STATE & ZIP Chicago, Illinois [60615]



**Doc# 2605827008 Fee $88.00**
Monica Gordon
Cook County Clerk's Office
Date: 2/27/2026 11:48 AM
PAGE:  1 of 1

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

**Affidavit of Organization**
(805 ILCS 110/46b) (from Ch 32, par. 177)
**Northgate Reservation**

State of Illinois          )

                          ) ss

County of Cook          )

I, Andrew Craemer Ali, do solemnly swear (or affirm, as the case may be), that the following persons Chase-Derek Harris, Michael-Arthur James, and Eric-Lamont Jones were appointed trustees (or wardens, vestrymen, or officers, by whatever name is adopted. with powers and duties similar with trustees) of the Heikhal Kreimer asher ba-Ma arav according to the usages or customs (rule, regulations, articles of association, constitution, by-laws, or canons, as the case may be) by the Heikhal Kreimer asher ba-Ma'arav under and by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of ' An act concerning corporations,  approved April 18, 1872, and the Trustees adopted as the corporate name Northgate Reservation.

By *Ali, Andrew Craemer, in good faith* .

Authorized Signature of Andrew Craemer Ali, Incorporator

Subscribed and sworn to before me on *Feb 27, 2026*

**Sandra Y. Carter**

By *Sandra Y. Carter*

A Notary Public, in and for the State of Illinois          (Seal>>>)

Official Seal
SANDRA Y CARTER
Notary Public, State of Illinois
Commission No. 921988
My Commission Expires December 8, 2028

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing Protection Order was served upon the Respondent, on_____ by the undersigned Clerk via (Service Type):

____ Priority Express Mail ____ Priority Mail _X_ Certified Mail ____ Registered Mail

_X_ Personal Delivery ____Process Server ____ Other

to the following parties and at the following address(es):


CHARLES HARRIS JR
8244 S KINGSTON AVE
CHICAGO, IL 60617

U.S. Attorney's Office
District of Columbia
Attention: Civil Process Clerk's Office
555 4th Street NW
Washington, D.C. 20530

Illinois Attorney General's Office
121 North LaSalle Street, Suite 600
Chicago, IL 60602

Office of the General Counsel
115 S. LaSalle Street, Suite 300
Chicago, Illinois 60603


*by the onjrthavies, ij*

Harris Jr, Charles, Petitioner

Rural Free Delivery, Foreign Countries

Telephone: (773) 946-9646

Harris Jr, Charles, Petitioner

Rural Free Delivery, Foreign Countries

Phone: (773) 946-9646

Email: kaseem32072@gmail.com

4 August, A.D. 2026

TO: district court of the United states 28 U.S.C. §93

Attention: Clerk of Court's Office

219 South Dearborn Street, Chicago, IL 60602

Re: Filing of Tribal Protection Order – Foreign Protective Order per 18 U.S.C. §2265

Dear Clerk:

I am the party entitled to protection under the attached certified copy of a protective order issued by the Tribal Court for the Delaware Tribe of Indians, at Northgate Reservation Case No. 2026-CVP-07280003, dated 07-29-2026.

As Clerk of this Court, I respectfully request that you:

1. File the attached certified copy of the tribal order of protection;

2. Treat it in the same manner as a judgment of the circuit court (without mailing notice to the respondent); and

3. On the same day, file a certified copy with the U.S. Marshall or other law enforcement officials charged with maintaining Federal, State, Local, and Municipal Police records.

I am aware that there is no fee required for this filing. Please provide me with a file-stamped copy or confirmation of filing and any case number assigned.

Thank you for your assistance.

Sincerely,

*By; harris, Kaseem -Khan, agent*

Authorized Signature of Harris, Kaseem-Khan, Petitioner